# UNITED STATES DISTRICT COURT
## District of Minnesota

Hector Fabian Quinatoa Quinatoa

Petitioner,

v.

Kristi Noem, Todd Lyons, Pamela Bondi, David Easterwood, Daren K. Margolin

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01051-SRB-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Hector Q.Q.'s Petition for Writ of Habeas Corpus (Doc. #1) is GRANTED.
2. The Government is ORDERED immediately to release Hector Q.Q. from custody;
3. Prior to Petitioner's release, Respondents must first notify Petitioner's legal counsel within two hours of his impending release and include the location of his release and approximate release time;
4. When Petitioner is released, Respondents must return to him any property, personal effects, and documents that they have taken from him, including identity documents, foreign issued identity documents, and immigration documents;
5. Respondents may not administratively recharacterize the release granted by this Order as grounds to impose conditions or re-impose existing conditions in conjunction with release;
6. The Court ORDERS Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred. If Petitioner has not been returned as ordered, Respondents should immediately notify the Court of when he will be returned and released; and
7. Within 24 hours from the date of this Order, Respondents shall file a copy of the Warrant for Arrest, I-200, that was allegedly issued to Petitioner.

Date: 2/12/2026

KATE M. FOGARTY, CLERK